# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00313-CV

**John Craig MacFarlane, Jr., Appellant**

**v.**

**GRP/AG 2005-1, LLC and GRP Financial Services, Appellees**

### FROM THE COUNTY COURT COURT AT LAW OF COMAL COUNTY
### NO. 2006CV0853, HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Craig MacFarlane, Jr.'s brief was due August 17, 2007. On October 15, 2007, the clerk's office notified him that his brief was overdue and that his appeal would be dismissed for want of prosecution unless he responded by October 25, 2007,[1] with an explanation for his failure to file a brief by October 25, 2007. *See* Tex. R. App. P. 38.8(a). Neither a response to our notice nor a brief has been received. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

---

[1] Appellant's pending motion challenging our jurisdiction is overruled.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   January 10, 2008